UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JON R. ADAMS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   2:15-cv-00282-JAW |
| SCOTT LANDRY, et al., | ) ) ) |
|     Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed on August 31, 2015 (ECF No. 23), the Recommended Decision is accepted. The Court affirms the Recommended Decision for three reasons. First, Mr. Adams failed to object to it. Second, Mr. Adams has since moved to a recovery center, *see Pl.'s Change of Address Notice* (ECF No. 37), thereby rendering moot his request for injunctive relief to be assigned to a particular cell block. Finally, the Court concurs with the Magistrate Judge's legal analysis and conclusion.

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Temporary Restraining Order/Motion for Preliminary Injunction (ECF No. 11) and Plaintiff's Second Motion for Temporary Restraining Order/Motion for Preliminary Injunction (ECF No. 19) be and hereby are DENIED.

It is further ORDERED that Plaintiff's Motion to Waive Post Security (ECF No. 21) be and hereby is DISMISSED as moot.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 15th day of December, 2015