UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JON R. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    2:15-cv-00282-JAW |
| | ) |
| SCOTT LANDRY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed on July 15, 2016 (ECF No. 44), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendants' Second Motion to Dismiss (ECF No. 42) be and hereby is GRANTED.

SO ORDERED.

                                              /s/ John A. Woodcock, Jr.
                                              JOHN A. WOODCOCK, JR.
                                              UNITED STATES DISTRICT JUDGE

Dated this 12th day of August, 2016